Robert G. Eliason (CA SBN 105645)
Norman D. Morrison IV (CA SBN 212090)
WILD, CARTER & TIPTON
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
E-mail:  bobeli@comcast.net

Attorneys for Plaintiffs, General Charles "Chuck" Yeager (Ret.)
and General Chuck Yeager Foundation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION<br><br>Plaintiffs,<br><br>vs.<br><br>CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia Corporation, SPALDING SERVICES, INC., a Georgia Corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.:  2:08-CV-00102-WBS-JFM<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION AND REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE HEARING UNTIL AUGUST 11, 2008** |

## **ORDER**

Plaintiffs GENERAL CHARLES "CHUCK" YEAGER (RET.) and the GENERAL CHUCK YEAGER FOUNDATION's Ex Parte Application for Continuance of Scheduling Conference is hereby GRANTED.  The Court orders that the Scheduling Conference presently scheduled for Monday, April 7, 2008, in this case is hereby rescheduled to **August 11, 2008 at 2:00 p.m.**  Counsel for plaintiffs and defendants shall prepare and file a **Joint** Scheduling

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

1  Conference Statement no later than **14** days prior to the August 11, 2008 Scheduling Conference.

2  DATED: April 3, 2008

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131