UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION,

        Plaintiffs,

   v.

CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia corporation, SPALDING SERVICES, INC., a Georgia corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama corporation, and DOES 1 to 100, inclusive,

        Defendants.

NO. CIV. 08-0102 WBS JFM

----oo0oo----

        Because the non-governmental corporate entities in this action have inexplicably failed to comply with the court's prior Order requiring them to include a statement in the parties' Joint Status Report "identifying all [their] parent corporations and

1

listing any publicly held company that owns 10% or more the party's stock," (Jan. 15, 2008 Order Setting Status (Pretrial Scheduling) Conference 3:25-4:4), the Status (Pretrial Scheduling) Conference currently scheduled for August 11, 2008 is hereby continued to August 25, 2008.  The non-governmental corporate entities are instructed to file the aforementioned statements no later than August 18, 2008.

       IT IS SO ORDERED.

DATED:   August 8, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE