UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION,

    Plaintiffs,

    v.

CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia corporation, SPALDING SERVICES, INC., a Georgia corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama corporation, and DOES 1 to 100, inclusive,

    Defendants.
_____/

NO. CIV. 08-0102 WBS JFM

ORDER

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

    A Status (Pretrial Scheduling) Conference was held in this action on August 25, 2008.  The firm of Wild, Carter & Tipton appeared on behalf of plaintiffs, but it was represented

1

1  that plaintiffs are in the process of arranging for substitution
2  of counsel.  Defendants Connie Bowlin, Ed Bowlin, Aviation
3  Autographs and Bowlin & Associates, Inc. were represented by the
4  firm of Stevens & O'Connell.
5          It was represented to the court that defendant Spalding
6  Services, Inc. has been served, but defendants David McFarland
7  and International Association of Eagles, Inc. have not been
8  served due to the inability to find David McFarland,
9  International's agent for service of process.
10         At the request of plaintiffs, the Status Conference is
11 ordered continued to October 20, 2008, at 2 p.m.  No later than
12 seven days before the conference, counsel shall submit another
13 Status Report in accordance with the Local Rules.  In their
14 report, plaintiffs shall either show that service on the
15 remaining defendants has been accomplished or show cause why the
16 action should not be dismissed as against all unserved
17 defendants.
18         The time in which plaintiffs may file an Amended
19 Complaint in accordance with this court's Order of August 6, 2008
20 is hereby extended to October 3, 2008
21         IT IS SO ORDERED.
22 DATED:  August 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2