WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION<br><br>Plaintiffs,<br><br>vs.<br><br>CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia Corporation, SPALDING SERVICES, INC., a Georgia Corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-00102 WBS JFM<br><br>**ORDER ON EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO WITHDRAW AND TERMINATE REPRESENTATION** |

On Wednesday, August 27, 2008, Plaintiffs GENERAL CHARLES E. "CHUCK" YEAGER (RET.) and the GENERAL CHUCK YEAGER FOUNDATION filed an Application For Order Shortening Time For Hearing On Motion to Withdraw and Terminate Representation. The Court, having considered said Application and the supporting Memorandum of Points and Authorities and Declaration submitted therewith, and good cause for issuance of the requested relief appearing,

IT IS ORDERED THAT:

The Application for an Order Shortening Time is hereby GRANTED, as set forth below:

1. Said Motion to Withdraw and Terminate Representation was filed and served on August 27, 2008.

2. Hearing on said Motion shall commence on September 15, 2008 at 2:00 p.m. in this Court. The clients of the counsel seeking to withdraw shall be present for the hearing.

3. Opposition to the Motion shall be filed on or before Thursday, September 4, 2008.

4. Any Reply to the Opposition shall be filed on or before Wednesday, September 10, 2008.

Dated: August 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE