WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION<br><br>Plaintiffs,<br><br>vs.<br><br>CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia Corporation, SPALDING SERVICES, INC., a Georgia Corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-00102 WBS JFM<br><br>[**PROPOSED**] **ORDER ON EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF SEALED DOCUMENT**<br><br>**Date:**<br>**Time:**<br>**Dept.: 5** |

On Wednesday, August 27, 2008, Plaintiffs GENERAL CHARLES E. "CHUCK" YEAGER (RET.) and the GENERAL CHUCK YEAGER FOUNDATION filed an *Ex Parte* Application For Order Permitting the Filing of a Sealed Document.  The Court, having considered said Application and the supporting Memorandum of Points and Authorities and Declaration submitted therewith, and good cause for issuance of the requested relief appearing,

IT IS ORDERED THAT:

Plaintiffs' Counsel's Application for an Order Permitting the Filing of a Sealed

[Proposed] Order on Ex Parte Application for Order Permitting Filing of Sealed Document

1  Document is hereby GRANTED, as set forth below:

2      1.    Plaintiffs' Counsel, Wild, Carter and Tipton, is hereby ordered to file the
3  Declaration of Robert G. Eliason, Esq., in Support of the Motion to Withdraw and Terminate
4  Representation with the Clerk of this Court.  Pursuant to Local Rule 39-141, Wild, Carter and
5  Tipton shall file a paper copy of the Declaration with the Clerk; and the Clerk shall scan a copy
6  of this document and maintain it on a part of the Court's servers limiting access only to
7  authorized individuals.

8      2.    The Declaration shall be sealed indefinitely.  Access to such document shall be
9  limited to the Court; Wild, Carter and Tipton; and Plaintiffs.

12  Date:   September 2, 2008

                                                */s/ William B. Shubb*
                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131