UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL CHARLES "CHUCK" YEAGER, (RET.) and GENERAL CHUCK YEAGER FOUNDATION,

    Plaintiffs,

    v.

CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia Corporation, SPALDING SERVICES, INC., a Georgia Corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama Corporation, and DOES 1 to 100, inclusive,

    Defendants.

NO. CIV. 2:08-00102 WBS JFM

<u>ORDER</u>

----oo0oo----

    On August 28, 2008, this court issued an Order that scheduled plaintiffs' counsel's motion to withdraw for September 15, 2008. In that Order, the Court stated: "The clients of the counsel seeking to withdraw shall be present for the hearing." (Aug. 28, 2008 Order 2:6.) At the September 15, 2008 hearing, however, in disobedience to this court's order, neither General

1

1 | Charles "Chuck" Yeager, (Ret.) nor a representative for the
2 | General Chuck Yeager Foundation appeared.
3 |     Accordingly, the hearing for plaintiffs' counsel's
4 | motion to withdraw is rescheduled for Monday, September 29, 2008
5 | at 2:00 p.m. in Courtroom No. 5.  All individual plaintiffs shall
6 | appear in person for the hearing (not simply by a spouse) and all
7 | corporate plaintiffs shall appear by an officer, director, or
8 | managing agent in person.
9 |     IT IS SO ORDERED.
10 | DATED:  September 18, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE