LAW OFFICES OF BENJAMIN PAVONE
BENJAMIN PAVONE, ESQ.
STATE BAR NUMBER 181826
7676 HAZARD CENTER DRIVE, 5TH FLOOR
SAN DIEGO, CALIFORNIA  92108-4503
TELEPHONE: 619.224.8885
FACSIMILE:  619.224.8886
EMAIL: blp13@cornell.edu

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.) and GENERAL CHUCK YEAGER FOUNDATION<br><br>               plaintiff,<br><br>v.<br><br>CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia Corporation, SPALDING SERVICES, INC., a Georgia Corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama Corporation; and DOES 1 to 100, inclusive,<br><br>           defendants. | CASE NO.: 2:08-CV-00102-WBS-JFM<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFFS' TIME TO FILE FIRST AMENDED COMPLAINT** |

Plaintiffs, represented by Benjamin Pavone, and the defendants represented by Todd Noonan hereby stipulate under rule 6-144(a) and (d) as follows:

- 1 -

1    As plaintiffs' counsel substituted into the case on September 24, 2008, an

extension of time of (15) days for plaintiffs to file a first amended complaint, as

contemplated by the Court's orders of August 6, 2008 and as extended by the Court to

October 3, 2008 by order dated August 25, 2008, is warranted under the circumstances.

2    Plaintiffs and defendants have further agreed that in addition to the extension

relating to the amended complaint, if defendants in their discretion require a corresponding

15-day extension of the time to file a response to the first amended complaint, such

additional time will be permitted.

So stipulated.


Date: October 1, 2008                              LAW OFFICES OF
                                                   BENJAMIN PAVONE


                                                   \s\Benjamin Pavone_____
                                                   Benjamin Pavone, Esq.
                                                   Attorney for Plaintiffs


Date: October 1, 2008                              STEVENS & O'CONNELL

                                                   \s\ Todd Noonan_____
                                                   Todd Noonan, Esq.
                                                   Attorney for Defendants


Good cause appearing, plaintiffs' first amended complaint shall be filed on or before

October 18, 2008 and defendants may file their response to the amended complaint up to

(35) days thereafter.

It is so ordered.

Date: October 1, 2008


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE