UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL CHARLES "CHUCK" YEAGER, (RET.) and GENERAL CHUCK YEAGER FOUNDATION,

    Plaintiffs,

v.

CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia Corporation, SPALDING SERVICES, INC., a Georgia Corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama Corporation, and DOES 1 to 100, inclusive,

    Defendants.

NO. CIV. 2:08-00102 WBS JFM

ORDER

----oo0oo----

On October 22, 2008, less than one month after he substituted in as counsel for plaintiffs Charles Yeager and the General Chuck Yeager Foundation, Inc. ("Foundation"), plaintiff's new counsel moved to withdraw from representation. At a hearing on November 3, 2008, counsel for plaintiffs and defendants appeared; however, neither Yeager nor a representative

1

1  for the Foundation appeared.
2          For reasons discussed at the hearing, the court grants
3  plaintiffs' counsel's motion to withdraw as counsel of record.
4  Yeager is hereby substituted <u>pro se</u>.  The Foundation may not
5  appear <u>pro se</u> as it is either a corporation[1] or other type of
6  entity.  See, e.g., <u>D-Beam Ltd. P'ship v. Roller Derby Skates,</u>
7  <u>Inc.</u>, 366 F.3d 972, 974 (9th Cir. 2004) (recognizing "the
8  requirement that corporations and other entities be represented
9  by counsel") (citation omitted).  The Foundation, therefore, may
10 not appear or file any documents unless represented by new
11 counsel.
12         As the only plaintiff that may appear is now proceeding
13 <u>pro se</u>, this matter is hereby referred pursuant to Eastern
14 District Local Rule 72-302(c) to Magistrate Judge Kimberly J.
15 Mueller for all further proceedings consistent with the
16 applicable rules.  For the reasons discussed at the hearing, the
17 court also accepts the parties' stipulation to extend the time in
18 which plaintiff may file an amended complaint to December 3,
19 2008.
20         IT IS SO ORDERED.
21 DATED:  November 5, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]   Plaintiffs' Complaint does not indicate whether the Foundation is a corporation; however, subsequent documents filed by plaintiffs indicate that it is incorporated.

2