IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES "CHUCK"
YEAGER, (RET.), and GENERAL
CHUCK YEAGER FOUNDATION,

          Plaintiffs,                   No. 2:08-cv-0102 WBS JFM

    vs.

CONNIE BOWLIN, et al.,          ORDER

          Defendants.

_____/

        The motion to dismiss filed by defendants Connie Bowlin, Ed Bowlin, Aviation Autographs, Ed Bowlin and Associates, Inc., and Bowlin and Associates, Inc., came on regularly for hearing February 5, 2009.  Charles J. Murray appeared for both plaintiffs.  Todd M. Noonan appeared for moving defendants.  Upon review of the motion and the documents in support, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Defendants move to dismiss the Yeager Foundation because the Foundation was not represented by counsel.  No opposition to the motion was filed prior to the hearing..

        At the hearing, Charles J. Murray appeared as counsel of record for Chuck Yeager and the Foundation; accordingly, pursuant to Local Rule 73-302(c)(21), this case will be returned to the district court for further proceedings.  Id.

1    The parties have indicated that plaintiffs will be presenting a proposed amended

2    complaint within ten days and it appears likely that defendants will waive any objections to the

3    filing.  In light of these developments, this court will refrain from further consideration of the

4    pending motion to dismiss unless requested to rule by counsel for either party on or before close

5    of business on February 23, 2009.

6    This matter is set for status conference before the district court on March 23, 2009

7    at 2:00 p.m.

8    In light of the foregoing, IT IS HEREBY ORDERED that:

9    1.  The Clerk of the Court is directed to reassign this action to the district court,

10    pursuant to Local Rule 72-302(c)(21); and

11    2.  This case is set for status conference before the Honorable William B. Shubb,

12    United States District Judge, on March 23, 2009, at 2:00 p.m. in Courtroom #5.

13    DATED:  February 5, 2009.

14

15    _____

16    UNITED STATES MAGISTRATE JUDGE

17    001; yeager.mtd

18

19

20

21

22

23

24

25

26