Steven E. McDonald (SBN 121949)
Charles J. Murray (SBN 106750)
Keith L. Cooper (SBN 175741)
DE LA PEÑA & MCDONALD LLP
785 Market Street. 14th Floor
San Francisco, CA 94103
Telephone: (415) 227-4100
Facsimile: (415) 227-4116
Attorneys for Plaintiff
GENERAL CHARLES E. "CHUCK" YEAGER, (RET.), &
GENERAL CHUCK YEAGER FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia Corporation, SPALDING SERVICES, INC., a Georgia Corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. CIV. 2:08-00102 WBS JFM<br><br>STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND TIME TO RESPOND |

　　　　　WHEREAS, Plaintiffs GENERAL CHARLES E. "CHUCK" YEAGER, (RET.), & GENERAL CHUCK YEAGER FOUNDATION, pursuant Federal Rules of Procedure, Rule 15(a)(2), seeks leave to file a Second Amended Complaint, to correct errors and conform to facts and;

1

Counsel for Defendants CONNIE BOWLIN, ED BOWLIN, AVIATION AUTOGRAPHS, and BOWLIN & ASSOCIATES, INC. having allowed and consented to the filing of said Second Amended Complaint, filed herewith, and further

THAT said filing would serve the administration of the Court proceedings in the above noted matter,

IT IS REQUESTED pursuant to FRCP Rule 15(a)(2), that the Clerk of the Court accept the Second Amended Complaint for filing and Defendants be allowed twenty(20) days to Respond.

I consent to the filing of the Second Amended Complaint.


  _/s/_ Todd Michael Noonan (Authorized by email 2/23/09)
Todd Michael Noonan
Attorney for Defendants CONNIE BOWLIN, ED BOWLIN, AVIATION AUTOGRAPHS, BOWLIN & ASSOCIATES, INC., and ED BOWLIN & ASSOCIATES, INC.



  _/s/_ Charles J. Murray
Charles J. Murray
Attorney for Plaintiffs GENERAL CHARLES E. "CHUCK" YEAGER, (RET.), & GENERAL CHUCK YEAGER FOUNDATION

## ORDER

Upon consideration of the foregoing, and good cause having been shown,

IT IS HEREBY ORDERED THAT leave to file the Second Amended Complaint is GRANTED and that Defendants be allowed twenty (20) days to Respond.

DATED: March 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE