1  LESSER LAW GROUP
   Don A. Lesser (SBN 112887)
2  1010 B Street, Suite 350
   San Rafael, CA  94901
3  Telephone: (415) 453-7600
   Facsimile: (415) 453-7604
4
   Attorneys for Plaintiffs
5  GENERAL CHARLES "CHUCK" YEAGER (RET.),
   and GENERAL CHUCK YEAGER FOUNDATION
6

7  STEVENS, O'CONNELL & JACOBS LLP
   Bradley A. Benbrook (SBN 177786)
8  Todd M. Noonan (SBN 172962)
   400 Capitol Mall, Suite 1400
9  Sacramento, CA  95814
   Telephone: (916) 329-9111
10 Facsimile:  (916) 329-9110

11 Attorneys for Defendants
   CONNIE BOWLIN; EDBOWLIN
12 AVIATION AUTOGRAPHS,
   ED BOWLIN & ASSOCIATES, INC., and
13 BOWLIN & ASSOCIATES, INC.

14

15              UNITED STATES DISTRICT COURT

16            EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  GENERAL CHARLES "CHUCK" YEAGER (RET.), and GENERAL CHUCK YEAGER FOUNDATION, | Case No. 2:08-CV-00102 WBS JFM |
| 18 | STIPULATION AND ORDER CONTINUING HEARING AND ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ATTORNEY'S FEES |
| 19                      Plaintiffs, | |
| 20           v. | |
| 21  CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, | Current Hearing Information: |
| 22  a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia | Date:   March 29, 2010 Time:  2:00 p.m. |
| 23  corporation, SPALDING SERVICES, INC., a Georgia corporation, INTERNATIONAL | Judge: Hon. William B. Shubb Courtroom:  5 |
| 24  ASSOCIATION OF EAGLES, INC., an Alabama corporation, and DOES 1 to 100, | |
| 25  inclusive, | |
| 26                      Defendants. | |

27

28

STIPULATED AND ORDER CONTINUING HEARING AND ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION
FOR ATTORNEY'S FEES
Case No. 2:08-CV-00102 WBS JFM

1    WHEREAS, the Court entered judgment in favor of defendants Connie Bowlin, Ed

2  Bowlin, Aviation Autographs, Ed Bowlin & Associates, Inc., and Bowlin & Associates, Inc.,

3  ("Defendants") on January 6, 2010.

4    WHEREAS, on February, 2, 2010, Defendants filed a motion seeking an award of

5  attorney's fees and costs, and noticed the hearing for that motion for March 29, 2010, at 2:00

6  p.m.

7    WHEREAS, plaintiffs General Charles "Chuck" Yeager (Ret.) and General Chuck

8  Yeager Foundation ("Plaintiffs) have requested, and Defendants have agreed to, a continuance of

9  the hearing of approximately 30 days with an associated modification of the briefing schedule.

10    NOW, therefore, the Plaintiffs and Defendants, by and through their counsel of record,

11  hereby stipulate as follows:

12    1.    The hearing on Defendants' Motion for Attorney's Fees shall be continued from

13  March 29, 2010, to April 26, 2010, at 2:00 p.m.

14    2.    Plaintiffs' Opposition Brief shall be filed no later than April 5, 2010.

15    3.    Defendants' Reply Brief shall be filed no later than April 19, 2010.

16    IT IS SO STIPULATED.

17

18  Dated:  March 2, 2010                LESSER LAW GROUP

19

20
                                By: /s/ DON A. LESSER (authorized 3/2/10)
21                                    Don A. Lesser
                                    Attorneys for Plaintiffs
22                                    General Charles "Chuck" Yeager (Ret.), and
                                    General Chuck Yeager Foundation
23

24

25

26

27

28                                2

STIPULATED AND ORDER CONTINUING HEARING AND ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION
FOR ATTORNEY'S FEES
Case No. 2:08-CV-00102 WBS JFM

1    Dated: March 2, 2010             STEVENS, O'CONNELL & JACOBS LLP

2

3                                     By:_____/s/ TODD M. NOONAN_____

                                            Todd M. Noonan

4                                             Attorneys for Defendants

                                            Connie Bowlin, Ed Bowlin, Aviation

5                                             Autographs, Ed Bowlin & Associates, Inc.

                                            and Bowlin & Associates, Inc.

6

7

8    PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10    Dated: March 2, 2010

11

12                              WILLIAM B. SHUBB

13                              UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      3