UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES YEAGER, et al., | No. 2:08-cv-0102 WBS CKD |
| Plaintiffs, | |
| v. | ORDER AND |
| CONNIE BOWLIN, et al., | ORDER TO SHOW CAUSE RE:  CONTEMPT |
| Defendants. | |

On January 9, 2014, the court ordered deponent Victoria Yeager to show cause why she should not be held in contempt for failure to comply with the court's order directing her appearance for a judgment debtor examination. The order was duly mailed by the Clerk of Court to Victoria Yeager at her last known address. The mail was returned marked "No Mail Receptacle; Unable to Forward." Docket entry dated 1/21/14. The United States Marshal will therefore be directed to serve a copy of the order to show cause on Victoria Yeager. Because the time has passed for timely responding to the January 9, 2014 order to show cause, deponent Victoria Yeager will be directed to personally appear before the court to respond to the order to show cause.

Counsel Don Lesser has submitted a request to withdraw as attorney of record for plaintiffs. Good cause appearing, the request will be granted.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall provide a copy of this order and a copy of the January 9, 2014 Order to Show Cause (ECF No. 198) to the United States Marshal.  The United States Marshal is directed to personally serve the above-referenced orders on deponent Victoria Yeager no later than February 5, 2014.  Her last known address is 15995 Pleasant Valley Road, Penn Valley, CA 95946.  The United States Marshal shall thereafter file a proof of service with the court.

2. Deponent Victoria Yeager shall personally appear at a show cause hearing before the undersigned on February 12, 2014 at 10:00 a.m. in courtroom no. 24.  At that time deponent Victoria Yeager shall show cause why she should not be held in contempt for failure to comply with the court's order directing her appearance for a judgment debtor examination.

3. Plaintiff's counsel Don Lesser's request to withdraw as counsel (ECF No. 201) is granted.  Plaintiffs are substituted in pro se.  All further orders of the court shall be served on plaintiffs at 15995 Pleasant Valley Road, Penn Valley, CA   95946.

Dated: January 28, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 yeager.osc.usm