UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES YEAGER, et al., | No. 2:08-0102 WBS CKD |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| CONNIE BOWLIN, et al., | |
| Defendants. | |

    This matter came on regularly for hearing on February 12, 2014 for a judgment debtor examination and order to show cause re: contempt . Michael Thomas appeared for plaintiff/judgment debtor and respondent Victoria Yeager. Mark Serlin appeared for defendants/judgment creditors. Respondent Victoria Yeager was sworn and testified. Upon review of the documents in support and opposition, upon hearing the arguments of counsel and testimony of respondent Victoria Yeager, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. The order to show cause (ECF No. 198, 203) is discharged.

    2. No later than February 19, 2014, respondent Victoria Yeager shall pay counsel Mark Serlin the sum of $896.11.

/////

/////

1

3. No later than February 19, 2014, respondent Victoria Yeager shall remit to the United States Marshal the sum of $731.68 for reimbursement of costs incurred in connection with service of the order to show cause.  See ECF No. 205.

4. No later than February 24, 2014, respondent Victoria Yeager and judgment debtor Charles Yeager shall provide to defendants the financial documents requested in the subpoena duces tecum previously served on respondent and the judgment debtor.

5. This matter is set for continued judgment debtor examination of respondent Victoria Yeager and judgment debtor Charles Yeager on March 12, 2014 at 10:00 a.m. in courtroom no. 24.

6. This matter is set for hearing on March 12, 2014 at 10:00 a.m. in courtroom no. 24. to show cause re:  sanctions for failure to comply with the subpoena duces tecum.

7. The mailing address for respondent Victoria Yeager and plaintiff Charles Yeager is P.O. Box 1507, Penn Valley, CA   95946.  The Clerk of Court shall modify the court's proof of service accordingly.

Dated:  February 13, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 yeager.oah

2