Michael Thomas, SBN 168634
THOMAS & ASSOCIATES, LLP
2390 Professional Dr. Roseville, CA
Telephone: (916) 789-1201
Facsimile: (916) 789-1202

Attorneys for Plaintiff,
GENERAL CHARLES "CHUCK" YEAGER, (RET.),
and GENERAL CHUCK YEAGER FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION, <br><br> Plaintiffs, <br> vs. <br><br> CONNIE BOWLIN, ED BOWLIN, ET AL. <br><br> Defendants. | Case No. 2:08-CV-00102 WBS CKD <br><br> STIPULATION FOR STAY OF ENFORCEMENT OF JUDGMENT AND [proposed] ORDER |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that all efforts to enforce that certain Order Awarding Attorneys' Fees dated June 22, 2010 shall be stayed pending Defendant's payment of sums pursuant to that certain settlement put on the record on February 12, 2014 before Magistrate Newman in case #2:13-CV-00007-GEB-DAD (the "Settlement"). In the event that Plaintiffs fail to make payment as set forth in the Settlement, this Stipulated Stay shall be of no further force or effect.

Dated: February 24, 2014            THOMAS & ASSOCIATES

                        By:_____/s/Michael/Thomas_____
                            MICHAEL W. THOMAS
                            Attorneys for Plaintiff General Charles
                            "Chuck" Yeager (Ret.), and GENERAL CHUCK
                            YEAGER FOUNDATION

-1-
_____
STIPULATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  February 25, 2014                    SERLIN & WHITEFORD, LLP

                                             By:      /s/Mark A./Serlin
                                                    MARK A. SERLIN
                                                    Attorneys for Defendants CONNIE BOWLIN
                                                    and ED BOWLIN

IT IS SO ORDERED:

Dated:  February 26, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE