UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES YEAGER, et al., | No. 2:08-0102 WBS CKD |
| Plaintiffs, | |
| v. | ORDER |
| CONNIE BOWLIN, et al., | |
| Defendants. | |

The parties have filed a stipulation staying enforcement of the judgment in this action. Accordingly, IT IS HEREBY ORDERED that:

1. The judgment debtor examination and the show cause hearing set for March 12, 2014 before the undersigned are vacated.

2. This order does not discharge the obligation of respondent Victoria Yeager to pay the sums specified in the court's order filed February 13, 2014. Respondent is cautioned that failure to timely pay counsel Mark Serlin the sum of $896.11 and the United States Marshal the sum of $731.68 may result in contempt proceedings.

////

////

////

////

1

3. The Clerk of Court is directed to serve a copy of this order on respondent Victoria Yeager.

Dated: February 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 yeager.vac