UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES YEAGER, et al., | No. 2:08-0102 WBS CKD |
| Plaintiffs, | |
| v. | ORDER |
| CONNIE BOWLIN, et al., | |
| Defendants. | |

Plaintiff has filed a request for copies of documents previously filed in this action. ECF No. 215. Among the documents plaintiff seeks are two sealed documents, ECF No. 37 (declaration of Robert Eliason) and ECF No. 57 (declaration of Benjamin Pavone). As to the declaration of Robert Eliason, the court previously ordered that the document be sealed with access limited to the court, plaintiff's counsel and plaintiffs. ECF No. 35. Therefore, no further order allowing access for plaintiff need be made with respect to that document. The second sealed document requested by plaintiff was sealed without provision as to which parties would have access. Any request for access to that document should be directed to the District Judge.

Plaintiff is advised of the following:

The requested documents are maintained in electronic format. Because plaintiff is represented by counsel, the documents may be accessed via counsel's PACER account.

/////

1

In the alternative, the Clerk's Office will provide copies of documents and of the docketsheet at $0.50 per page.  Checks in the exact amount are made payable to "Clerk, USDC."  Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal SupportGroup at:  3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-441-4396, fax 916-400-4948.  Plaintiff may also come to the Clerk's office and pay $.20/page by making the copies himself.

Dated:  March 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 yeager.ufb