UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER, RET., and GENERAL CHUCK YEAGER FOUNDATION,<br><br>      Plaintiffs,<br><br>   v.<br><br>CONNIE BOWLIN; ED BOWLIN; DAVID MCFARLAND; AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity; BOWLIN & ASSOCIATES, INC., a Georgia corporation; SPALDING SERVICES, INC., a Georgia corporation; INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama corporation; and DOES 1 to 100, inclusive,<br><br>      Defendants. | CIV. NO. 2:08-102 WBS CKD<br><br>ORDER |

----oo0oo----

      The court has been informed that defendant Ed Bowlin passed away on March 7, 2014, and that defendant Connie Bowlin is the executor and personal representative for the estate of Ed

1

Bowlin.  Connie Bowlin moves to substitute herself, in her capacity as personal representative for the estate of Ed Bowlin, as a party in place of the decedent.  Pursuant to Federal Rule of Civil Procedure 25(a)(1) and having received no opposition, the motion is hereby GRANTED.[1]

IT IS THEREFORE ORDERED that Connie Bowlin, in her capacity as executor and personal representative for the estate of Ed Bowlin, is hereby substituted for Ed Bowlin as a defendant in this action.

Dated:  April 15, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs.  E.D. Cal. L.R. 230(g).

2