Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA   95814
Telephone:   (916) 446-0790
Facsimile:    (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for CONNIE & ED BOWLIN, AVIATION AUTOGRAPHS, and BOWLIN & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER (RET.) AND GENERAL CHUCK YEAGER FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE BOWLIN; ED BOWLIN; DAVID McFARLAND; AVIATION AUTOGRAPHS, BOWLIN & ASSOCIATES, INC., et al.<br><br>Defendants. | CASE NO. 2:08-cv-00102-WBS-CKD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENT** |

     The Court, having considered the request to seal a document submitted by Connie Bowlin, Ed Bowlin, Aviation Autographs, and Bowlin & Associates, Inc. (together, "Bowlins") with respect to a transcript of a settlement read into the record on February 12, 2014 in case no. 2:13-cv-00007-KJM-DAD and good cause appearing

     IT IS HEREBY ORDERED that the transcript shall be received under seal pursuant to Local Rule 141 and FRCP 5.2.   The court will entertain a motion to unseal the transcript if made by any other party or third-party.

1    Dated:   June 8, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____
ORDER GRANTING REQUEST TO SEAL DOCUMENT    2    *Yeager, et al. v. Bowlin, et al.*
Case No. 2:08-cv-00102