UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONNIE BOWLIN, et al.,<br><br>　　　　Defendants. | CIV. NO. 2:08-102 WBS CKD<br><br>ORDER |

----oo0oo----

Plaintiff General Charles Yeager, a pro se party, moves for permission under Federal Rule of Civil Procedure 5 and Local Rule 133 to participate in electronic case filing in this matter. Good cause appearing, the motion is hereby GRANTED.

The parties have also jointly moved to continue the hearing currently set for June 29, 2015 to July 27, 2015. However, the court has now determined that oral argument on the pending motion for fees would not be of assistance to the court, and accordingly will vacate the hearing date and take the motion

1

1 | under submission, pursuant to Local Rule 230(g).
2 |      IT IS SO ORDERED.
3 | Dated: June 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE