UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES YEAGER, et al., | No. 2:08-0102 WBS CKD |
| Plaintiffs, | |
| v. | ORDER |
| CONNIE BOWLIN, et al., | |
| Defendants. | |

This matter was referred to the undersigned for consideration of the <u>ex parte</u> application for an accounting. ECF No. 246. The document was filed in propria persona by plaintiff Charles Yeager and a person named Victoria Yeager, who is not a party to this action. Plaintiff Charles Yeager is represented by counsel in this action. <u>See</u> ECF No. 207 (attorney Michael Thomas substituted in as counsel of record for plaintiff).[1] The document filed in propria persona was therefore improvidently filed.

/////

/////

/////

---

[1] The order also directed the Clerk's Office to serve deponent Victoria Yeager, only as a courtesy, because she was the subject of an order to show cause regarding her failure to appear at a judgment debtor examination. The deponent had been ordered to appear to answer concerning property of the judgment debtor in the possession or control of Victoria Yeager. ECF. No. 192.

1

Accordingly, IT IS HEREBY ORDERED that the ex parte application filed June 30, 2015 (ECF No. 246) is stricken.

Dated: July 8, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 yeager0102.app.stk