UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GENERAL CHARLES "CHUCK" YEAGER, (RET.), and GENERAL CHUCK YEAGER FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CONNIE BOWLIN, et al.,<br><br>　　　　Defendants. | CIV. NO. 2:08-102 WBS CKD<br><br>ORDER |

----oo0oo----

The court is in receipt of plaintiff General Charles Yeager's Motion to Strike Memorandum of Costs After Judgment filed June 30, 2015 (Docket No. 245), and Motion to Strike Memorandum of Costs After Judgment filed August 4, 2015 (Docket No. 266). The motions have no merit. IT IS THEREFORE ORDERED that both motions be, and the same hereby are, DENIED.

Dated: August 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1